IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAUL JOSEPH BRUNO,

    Plaintiff,

v.                                             CASE NO. 4:12cv44-SPM/CAS

WILLIAM JONES and
C.E. RICHARDSON,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated October 16, 2012 (doc. 24). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.     The magistrate judge's report and recommendation (doc. 24) is ADOPTED and incorporated by reference in this order.

    2.     The motion to dismiss (doc. 18) is granted. This case is dismissed

without prejudice as a sanction for Plaintiff's abuse of the judicial process in not providing the Court with true factual statements and responses on the complaint form.

    3.    The dismissal is also ordered pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), which the clerk shall note on the docket.

DONE AND ORDERED this 16th day of November, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge